UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK W. DOBRONSKI,

       Plaintiff,

v.

JEREMY LEE RHODES, et al.,

       Defendants.
_____/

Case No. 2:25-cv-12664

Honorable Susan K. DeClercq
United States District Judge

**ORDER DENYING WITHOUT PREJUDICE DEFENDANTS' MOTIONS TO DISMISS (ECF Nos. 11, 17); GRANTING PLAINTIFF'S MOTION TO ACCEPT AMENDED COMPLAINT (ECF No. 20); DIRECTING DEFENDANTS TO RESPOND TO AMENDED COMPLAINT; AND DIRECTING ADDITION OF NEW DEFENDANT**

Plaintiff Mark Dobronski is suing three defendants for alleged violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, and two similar state statutes. ECF No. 1. On September 25, 2025, Defendant Four Corners Real Estate Services d/b/a Cornerstone Real Estate filed a motion to dismiss Plaintiff's complaint. ECF No. 11. On October 9, 2025, Defendant Gold Star Mortgage Financial Group, Corporation d/b/a Gold Star Mortgage also filed a motion to dismiss. ECF No. 17. Both motions argue, in part, that the complaint does not plead sufficiently detailed or specific factual allegations and is, therefore, defective for failing to articulate a plausible claim, as required by the Supreme Court's decision in *Ashcroft v. Iqbal*, 556 U.S. 662 (2009).

On October 20, 2025, Plaintiff filed an amended complaint clarifying his claims against the original defendants and adding a new defendant: David Onelio Espaillat d/b/a REI REPLY. ECF No. 18. Three days later, Plaintiff filed a motion asking this Court to accept his amended complaint. ECF No. 20.

Because Plaintiff's amended complaint comports with Federal Rule 15, which allows an "amendment as a matter of course… no later than … 21 days after service of a responsive pleading," this Court will accept Plaintiff's Amended Complaint. Furthermore, in light of Plaintiff's amended complaint, and to promote judicial economy and "the just, speedy, and inexpensive determination" of the action, FED. R. CIV. P. 1, the Court will deny without prejudice the currently pending motions to dismiss, ECF Nos. 11; 17, as moot. All Defendants shall respond to Plaintiff's Amended Complaint within 21 days of this Order.

Accordingly, it is **ORDERED** that Defendant Four Corners Real Estate Services d/b/a Cornerstone Real Estate's Motion to Dismiss, ECF No. 11, is **DENIED WITHOUT PREJUDICE**.

Further, it is **ORDERED** that Defendant Gold Star Mortgage Financial Group, Corporation d/b/a Gold Star Mortgage's Motion to Dismiss, ECF No. 17, is **DENIED WITHOUT PREJUDICE.**

Further, it is **ORDERED** that Plaintiff's Motion to Accept Amended Complaint, ECF No. 20, is **GRANTED**.

Further, it is **ORDERED** that Defendants Four Corners Real Estate, Gold Star Mortgage Financial Group, and Jeremy Lee Rhodes are **DIRECTED** to respond to the amended complaint within 21 days of this Order.

**IT IS FURTHER ORDERED** that David Onelio Espaillat d/b/a REI REPLY shall be added as a defendant, and a summons shall be **ISSUED** to allow Plaintiff to serve Mr. Espaillat.

**IT IS SO ORDERED**.

/s/ *Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: October 31, 2025