UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARK W. DOBRONSKI,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY LEE RHODES, *et al.*,<br><br>Defendants. | Case No. 25-12664<br>Honorable Susan K. DeClercq<br>Magistrate Judge Elizabeth A. Stafford |

**REPORT AND RECOMMENDATION TO GRANT PLAINTIFF AND DEFENDANT CORNERSTONE'S JOINT MOTION TO DISMISS (ECF NO. 50)**

Plaintiff Mark W. Dobronski, proceeding pro se, sues Defendants Jeremy Lee Rhodes, Four Corners Real Estate Services LLC, d/b/a Cornerstone Real Estate (Cornerstone), and David Onelio Espaillat, d/b/a REI Reply, under the Telephone Consumer Protection Act, 47 U.S.C. § 227, and two analogous state statutes. ECF No. 1. The Honorable Susan K. DeClercq referred this case to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1). ECF No. 46.

On October 12, 2026, Dobronski and Cornerstone filed a joint motion to dismiss after the two resolved all claims between them in a memorialized settlement agreement and mutual release. ECF No. 50. The Court thus

**RECOMMENDS** that the joint motion be **GRANTED**, and Cornerstone be terminated from this action.

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: October 16, 2026

## NOTICE TO THE PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this report and recommendation, any party may serve and file specific written objections to this Court's findings and recommendations. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2). If a party fails to timely file specific objections, any further appeal is waived. *Howard v. Secretary of HHS*, 932 F.2d 505 (6th Cir. 1991). And only the specific objections to this report and recommendation are preserved for appeal; all other objections are waived. *Willis v. Secretary of HHS*, 931 F.2d 390, 401 (6th Cir. 1991).

Each **objection must be labeled** as "Objection #1," "Objection #2," etc., and **must specify** precisely the provision of this report and recommendation to which it pertains. Within 14 days after service of objections, **any non-objecting party must file a response** to the objections, specifically addressing each issue raised in the objections in the

same order and labeled as "Response to Objection #1," "Response to Objection #2," etc. The response must be **concise and proportionate in length and complexity to the objections**, but there is otherwise no page limitation. If the Court determines that any objections lack merit, it may rule without awaiting the response.

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 16, 2026.

s/Caitlin Shrum
CAITLIN SHRUM
Case Manager