UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK W. DOBRONSKI,

Plaintiff,

Case No. 2:25-cv-12664

v.

Honorable Susan K. DeClercq
United States District Judge

JEREMY LEE RHODES, et al.,

Defendants.
_______________________________________/

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 52); GRANTING JOINT MOTION TO DISMISS (ECF No. 50); AND DISMISSING DEFENDANT FOUR CORNERS REAL ESTATE SERVICES LLC**

On October 16, 2026, Magistrate Judge Elizabeth A. Stafford recommended granting Plaintiff Mark Dobronski and Defendant Four Corners Real Estate Services LLC's joint motion to dismiss, ECF No. 50. ECF No. 52. Judge Stafford informed the Parties of their right to object within 14 days. *Id.* at PageID.488–89. No objections were filed. The Parties have therefore forfeited their right to appeal Judge Stafford's findings. *See Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019).

Having reviewed the report and recommendation, this Court adopts it in full because it finds no clear error. *See Roby v. Bloom Roofing Sys.*, 343 F.R.D. 487, 490 (E.D. Mich. 2023).

Accordingly, it is **ORDERED** that the Report and Recommendation, ECF No. 52, is **ADOPTED**.

Further, it is **ORDERED** that the Joint Motion to Dismiss, ECF No. 50, is **GRANTED**.

Further, Defendant Four Corners Real Estate Services LLC, d/b/a Cornerstone Real Estate is **DISMISSED** from this action.

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: November 9, 2026